

**The Commonwealth of Massachusetts**
**William Francis Galvin**

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $100.00

## Annual Report
(General Laws, Chapter 156D, Section 16.22; 950 CMR 113.57)

**Identification Number:** 000853127

**1. Exact name of the corporation:** TWENTYFIRST CENTURY BIOCHEMICALS, INC.

**2. Jurisdiction of Incorporation:** State: DE   Country: USA

**3,4. Street address of the corporation registered office in the commonwealth and the name of the registered agent at that office:**
Name: KEVIN F. LONG, ESQ.
No. and Street: 7 SOUTH MEADOW DRIVE
City or Town: SUDBURY   State: MA   Zip: 01776   Country: USA

**5. Street address of the corporation's principal office:**
No. and Street: 260 CEDAR HILL STREET
City or Town: MARLBOROUGH   State: MA   Zip: 01752   Country: USA

**6. Provide the name and business street address of the officers and of all the directors of the corporation:**
*(A president, treasurer, secretary and at least one director are required.)*

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| PRESIDENT | JORDAN B. FISHMAN | 29 LYNBROOK ROAD<br>SOUTHBOROUGH, MA 01772 USA |
| TREASURER | JORDAN B. FISHMAN | , |
| SECRETARY | JOHN M. PR0SSER | 85 MALDEN<br>WEST BOYLSTON, MA 01583 USA |
| DIRECTOR | DAVID S. FISHMAN | 55 POLARIS DRIVE<br>MASHPEE, MA 02649 USA |
| DIRECTOR | JOHN M. PR0SSER | 85 MALDEN<br>WEST BOYLSTON, MA 01583 USA |
| DIRECTOR | JORDAN B. FISHMAN | , |

**7. Briefly describe the business of the corporation:**

BIOCHEMICAL MANUFACTURING

**8. Capital stock of each class and series:**

| Class of Stock | Par Value Per Share<br>Enter 0 if no Par | Total Authorized by Articles<br>of Organization or Amendments | Total Issued<br>and Outstanding |

|  |  | *Num of Shares* | *Total Par Value* | *Num of Shares* |
|---|---|---|---|---|
| CWP | $0.01000 | 5,000,000 | $50,000.00 | 4,554,942 |

**9. Check here if the stock of the corporation is publicly traded:** ___

**10. Report is filed for fiscal year ending:** 12/31/ 2015

**Signed by   JORDAN B. FISHMAN , its   PRESIDENT**
**on this 14 Day of March, 2016**

© 2001 - 2016 Commonwealth of Massachusetts
All Rights Reserved