# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SETH FISHMAN, DVM <br><br> *Plaintiff(s)* <br><br> v. <br><br> JORDAN FISHMAN <br> TWENTY FIRST CENTURY BIOCHEMICALS INC <br><br> *Defendant(s)* | Civil Action No. 20-CV-80832 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JORDAN FISHMAN
29 LYNBROOK ROAD
SOUTHBOROUGH MASSACHUSETTS, 01772

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ANDREW S FELDMAN
200 S BISCAYNE BLVD, SUITE 2770
MIAMI FL 33131
3057149474

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/26/2020

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SETH FISHMAN, DVM <br><br> *Plaintiff(s)* <br><br> v. <br><br> JORDAN FISHMAN <br> TWENTY FIRST CENTURY BIOCHEMICALS INC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-CV-80832 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TWENTY FIRST CENTURY BIOCHEMICALS INC
REGISTERED AGENT
KEVIN F LONG, ESQ
7 SOUTH MEADOW DRIVE
SUDBURY MASSACHUSETTS 01776

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ANDREW S FELDMAN
200 S BISCAYNE BLVD SUITE 2770
MIAMI FL 33131
3057149474

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/26/2020

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Ketly Pierre*
Deputy Clerk
U.S. District Courts