**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 20-80832-CV-MIDDLEBROOKS

SETH FISHMAN,

    Plaintiff,

v.

JORDAN FISHMAN, et al.,

    Defendants.

_____/

## ORDER DISMISSING DEFENDANT

THIS CAUSE comes before the Court upon Plaintiff's Unopposed Motion to Dismiss Jordan Fishman Without Prejudice from all Counts in the Complaint, filed on January 11, 2021. (DE 93). Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication." Fed. R. Civ. P. 41(a)(2). "Dismissal on motion of the plaintiff pursuant to Rule 41(a)(2) is within the sound discretion of the district court[.]" *McCants v. Ford Motor Co.*, 781 F.2d 855, 857 (11th Cir. 1986) (citations omitted). "[I]n most cases a dismissal should be granted unless the defendant will suffer clear legal prejudice, *other than the mere prospect of a subsequent lawsuit*, as a result." *Id.* at 856–57 (emphasis in original) (citations omitted). The "court must exercise its broad equitable discretion under Rule 41(a)(2) to weigh the relevant equities and do justice between the parties in each case, imposing such costs and attaching such conditions to the dismissal as are deemed appropriate." *Id.* at 857 (citations omitted).

Here, Defendant Jordan Fishman has not served a counterclaim, and counsel for Defendant Jordan Fishman has consented to the filing of this Motion (*see* DE 93 at 2). Moreover, the Motion represents that the Parties have settled this matter. (*Id.*). Accordingly, it does not appear that Defendant Jordan Fishman will suffer clear legal prejudice if the claims against him are dismissed.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Unopposed Motion to Dismiss Jordan Fishman Without Prejudice from all Counts in the Complaint (DE 93) is **GRANTED**.

(2) Plaintiff's claims against Defendant Jordan Fishman are **DISMISSED WITHOUT PREJUDICE**.

(3) Each Party shall bear its own fees and costs.

(4) The Clerk of Court shall **TERMINATE** Defendant Jordan Fishman as a defendant in this matter.

(5) Defendant Jordan Fishman's Motion to Dismiss (DE 43) is **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 13th day of January, 2021.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record